Iris María Pereles Pagán, represented by her mother with *patria potestas*, Ana Pagán Widow of Pereles, Plaintiff and Appellant, *v.* Ongay Garage & Radio Co., Inc., Defendant and Appellee.

No. 8060.    Argued December 4, 1939.—Decided December 6, 1939.

C. *Iriarte, F. Fernández Cuyar, Héctor González Blanes* and *F. Alvarado, Jr.,* for the appellant.    *José C. Jusino* for appellee.

Mr. Justice De Jesús delivered the opinion of the Court.

On July 28, 1939, the plaintiff appealed from an order of the lower court annulling an attachment which had been made in this case to secure the effectiveness of the judgment.    On the following August 26, the complainant requested and obtained an extension of thirty days in this Court to file the transcript of the record only, since there was no evidence to be brought up, which extension expired last September 27. Notwithstanding the extension granted to the plaintiff, the defendant on August 31, filed a motion in this Court requesting the dismissal of the appeal because no transcript of the evidence, statement of the case or transcript of the record had been filed, nor was any extension prayed for, as the defendant mistakenly thought, to perfect the appeal.    This motion of the defendant was set for the fourth of this month but before this date, on last October 23, the plaintiff filed the transcript of the record.

There is no doubt that defendant's motion for the dismissal of the appeal was prematurely filed since at that date the extension granted the plaintiff on August 28 had not expired.

Although it is true that the transcript of the record was not filed until October 23 and that after September 27 no new extension was prayed for to perfect the appeal the latter should subsist since when the appeal was perfected no motion

to dismiss, which could be considered, had been filed for as we have seen, the motion of August 31, was prematurely filed.

For the foregoing reasons the motion to dismiss is denied.

Mr. Chief Justice Del Toro took no part in the decision of this case.